1 LAURA L. FARLEY, ESQ.
FARLEY & GRAVES, P. C.
2 807 G Street, Suite 250
Anchorage, Alaska 99501
3 (907) 274-5100 Fax (907) 274-5111

4 Attorneys for Defendant State Farm Mutual
Automobile Insurance Company

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| H. THEODORE RYBERG,<br><br>                  Plaintiff,<br><br>              v.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,<br><br>                  Defendant. | Case No. 3:14-cv-0066 TMB |

**STIPULATION FOR DISMISSAL WITH PREJUDICE**

The parties through their respective attorneys stipulate to the entry of an Order of Dismissal, with prejudice and with each party to bear their own attorneys' fees and costs, pursuant to Fed. R. Civ. P. 41(a)(1)(ii) for the reason that the parties have reached final settlement in this matter.

DATED this 3rd day of November 2014 at Anchorage, Alaska.

                FARLEY & GRAVES, P. C.

                By:    s/Laura L. Farley
                    LAURA L. FARLEY
                    807 G Street, Suite 250
                    Anchorage, AK  99501
                    Ph. (907) 274-5100
                    Fax (907) 274-5111
                    E-Mail:    lfarley@farleygraves.com
                    Alaska Bar No.:  9211078
                    Attorneys for Defendant State Farm Mutual
                    Automobile Insurance Company

DATED this 3rd day of November 2014 at Anchorage, Alaska.

                LAW OFFICES OF MICHAEL J. SCHNEIDER, P.C.

                By:    s/Michael J. Schneider
                    MICHAEL J. SCHNEIDER
                    880 N Street, Suite 202
                    Anchorage, AK  99501
                    Ph. (907) 277-9306
                    Fax (907) 274-8201
                    E-Mail:    mschneider@aktriallaw.com
                    Alaska Bar No.:  7510088
                    Attorneys for Plaintiff

**CERTIFICATE OF SERVICE**

Pursuant to Civil Rule 5, I hereby certify that on this 3rd day of November 2014 a true and correct copy of the foregoing was served electronically on the following person(s):

Michael J. Schneider Esq.
880 'N' Street, Suite 202
Anchorage, AK 99501

By: s/Laura L. Farley